# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ,<br><br>                      Petitioner,<br><br>v.<br><br>W.F. MONTGOMERY, Warden,<br><br>                      Respondent. | Case No.: 16cv2948-MMA (PCL)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;**<br><br>[Doc. No. 13]<br><br>**DENYING PETITION FOR WRIT OF HABEAS CORPUS; AND**<br><br>[Doc. No. 1]<br><br>**DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY** |

     Petitioner Francisco Rodriguez has filed a Petition for Writ of Habeas Corpus ("petition") pursuant to 28 U.S.C. § 2254, challenging his institutional administrative disciplinary ruling in which he was found guilty of possessing methamphetamine. *See* Doc. No. 1. Petitioner asserts there was "insufficient evidence to suuport [sic] a finding that petitioner was in constructive possession of a controlled substance

(methamphetamine)." *Id.* at 7. Respondent answered on the merits, requesting the petition be denied. Doc. No. 8. Petitioner did not file a traverse. *See* Docket.

The matter was referred to United States Magistrate Judge Peter C. Lewis for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), and Civil Local Rule HC.2. Judge Lewis has issued a thorough and well-reasoned report and recommending that the Court deny Petitioner's claim for relief and dismiss the petition. *See* Doc. No. 11.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), the Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Objections to the Report and Recommendation were due no later than November 27, 2017. Doc. No. 11 at 8. To date, no objections have been filed.[1] *See* Docket.

Accordingly, the Court concludes Judge Lewis issued an accurate report and well-reasoned recommendation. The Court **ADOPTS** the Report and Recommendation in its entirety and **DENIES** Petitioner's petition with prejudice.

## CERTIFICATE OF APPEALABILITY

Rule 11 of the Federal Rules Governing Section 2254 Cases states that "the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A certificate of appealability is not issued unless there is "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Under this standard, "a petitioner must 'show that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed

---

[1] The Clerk of Court served Petitioner with a copy of the Report and Recommendation via U.S. Mail on November 9, 2017. *See* Doc. No. 11.

2

further.'" *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (internal quotation marks omitted)). For the reasons set forth in the Report and Recommendation and incorporated herein, the Court finds that this standard has not been met and therefore **DECLINES** to issue a certificate of appealability in this case.

## CONCLUSION

Based on the foregoing, the Court **ADOPTS** the Report and Recommendation in its entirety and **DENIES** Petitioner's petition with prejudice. The Court further **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED**.

Dated: December 12, 2017

Hon. Michael M. Anello
United States District Judge