

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Francisco Rodriguez

**Petitioner,**

V.

W.L. Montgomery

**Respondent.**

**Civil Action No.** 16cv2948-MMA(PCL)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

That judgment is entered in favor of Respondent and against Petitioner. The Court adopts the Report and Recommendation of the United States Magistrate Judge in its entirety and denies Petitioner's petition with prejudice. The Court further declines to issue a certificate of appealability.

Date: 12/12/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy